**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DARREN BROWN,                    )      NO. ED CV 10-1631-SJO(E)
                                 )
          Petitioner,            )
                                 )
     v.                          )      ORDER ADOPTING FINDINGS,
                                 )
STANLEY SNIFF, Warden,           )      CONCLUSIONS AND RECOMMENDATIONS
                                 )
          Respondent.            )      OF UNITED STATES MAGISTRATE JUDGE
                                 )
_____)

          Pursuant to 28 U.S.C. section 636, the Court has reviewed the
Petition, all of the records herein and the attached Report and
Recommendation of United States Magistrate Judge.  The Court approves
and adopts the Magistrate Judge's Report and Recommendation.

          IT IS ORDERED that Judgment be entered denying and dismissing
the Petition without prejudice.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2  the Magistrate Judge's Report and Recommendation and the Judgment
3  herein by United States mail on Petitioner and counsel for
4  Respondent.

5

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8    DATED: _____January 24, 2011_____.

9

10

11  _____
                  S. JAMES OTERO
12      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28