**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DARREN BROWN, | ) | NO. ED CV 10-1631-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STANLEY SNIFF, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: ___January 24, 2011____.

*/s/ S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE